**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE CO., a Minnesota corporation,

     Plaintiff,

v.

ELIZABETH J. VERDISCO,

     Defendant.

---

**MINUTE ORDER**[1]

---

The matter before the court is plaintiff's **Motion To Bifurcate and Stay Discovery** [#16] filed August 2, 2010. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1. If counsel wishes to re-file his motion to stay discovery, counsel is directed to file this motion as a separate motion to facilitate the referral to the United States Magistrate Judge.

     Dated: August 3, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.