IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE, CO., a Minnesota corporation,

     Plaintiff,

v.

ELIZABETH J. VERDISCO,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2010.**

     For the same reasons set forth in this Court's September 20, 2010 order (docket #50 at 3), Plaintiff's Renewed Motion to Stay [filed October 8, 2010; docket #58] is **denied**. Although a dispositive motion has been filed, the Plaintiff raises no new arguments that might cause the Court to reconsider its prior determination under *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PAC, 2006 WL 894955 at *2 (D. Colo. Mar. 30, 2006).