IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE, CO., a Minnesota corporation,

    Plaintiff,

v.

ELIZABETH J. VERDISCO,

    Defendant,

v.

MARY LYNN ASCHWANDEN,
MARK ASCHWANDEN,
CLASSIC WORK CONSTRUCTION, LLC.

    Intervenor Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2010.**

    Defendant's Unopposed Motion for Leave to Supplement Rule 26(a)(2) Expert Disclosures Out of Time [filed November 15, 2010; docket #74] is **denied as moot**. Pursuant to Fed. R. Civ. P. 26(e)(2), any additions or changes to an expert report must be disclosed on or before 30 days before trial. In this case, trial is not scheduled until May 16, 2011. Defendant asserts that her Rule 26(a)(2) expert report was timely submitted on November 15, 2010. Defendant fails to articulate exactly when she expects to receive documents from the Plaintiff that will render it necessary to supplement her expert report with information that was not available at the time she submitted her initial report. However, considering the current schedule in this case and without more information as to timing of discovery, the Court fails to see any reason for the Defendant to seek leave to supplement her report at this early stage of the litigation.