IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE, CO., a Minnesota corporation,

      Plaintiff,

v.

ELIZABETH J. VERDISCO,

      Defendant,

v.

MARY LYNN ASCHWANDEN,
MARK ASCHWANDEN,
CLASSIC WORK CONSTRUCTION, LLC.

      Intervenor Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2010.**

      Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed November 17, 2010; docket #77] is **denied without prejudice** and the tendered Stipulated Protective Order [docket #72] is rejected. First, paragraph D.9. of the proposed order is not consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Second, the parties improperly require that any motion brought pursuant to the terms of the protective order be heard by the "Magistrate Judge"; however, my jurisdiction to hear a motion arises only upon a referral by the District Judge assigned to the case.