IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE, CO., a Minnesota corporation,

    Plaintiff,

v.

ELIZABETH J. VERDISCO,

    Defendant,

v.

MARY LYNN ASCHWANDEN,
MARK ASCHWANDEN,
CLASSIC WORK CONSTRUCTION, LLC.

    Intervenor Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2010.**

    In light of the settlement of this matter, Defendant's Motion to Stay [filed August 27, 2010; docket #29] and Plaintiff's Second Renewed Motion to Stay [filed November 23, 2010; docket #80] are **denied as moot**.