**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01008-REB-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE CO., a Minnesota corporation,

    Plaintiff,

v.

ELIZABETH J. VERDISCO,

    Defendant,

and

MARY LYNN ASCHWANDEN,
MARK ASCHWANDEN, and
CLASSIC WORK CONSTRUCTION, LLC, a Colorado corporation,

    Intervenors.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before is the **Stipulation For Dismissal With Prejudice** [#92] filed January 19, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#92] filed January 19, 2011, is **APPROVED**;

    2.  That the Trial Preparation Conference set for April 22, 2011, is **VACATED**;

    3.  That the jury trial set to commence May 16, 2011, is **VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 20, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge